**No. 48839.**—Protests 97297–K, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 48539.   In accordance therewith it was held to be properly dutiable upon the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the strings, less 2½ percent for inedible coverings.   Protests sustained to this extent.

**No. 48840.**—Protests 92320–K, etc., of Kraft Cheese Co. et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146, 48269, and 48537.   The protests were sustained accordingly.

**No. 48841.**—Protests 58304–K, etc., of Griggs, Cooper & Co. (Minneapolis).

Opinion by KEEFE, J.   It was stipulated that the merchandise consisted of wild rice similar to that the subject of *Davis* v. *United States* (10 Cust. Ct. 189, C. D. 751).   In accordance therewith the protests were sustained.

**No. 48842.**—Protests 38868–K, etc., of Southern Rice Sales Co., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise consisted of wild rice similar to that the subject of *Davis* v. *United States* (10 Cust. Ct. 189, C. D. 751).   In accordance therewith the protests were sustained.

**No. 48843.**—Protests 90875–K, etc., of Leval & Co., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the correct number of bushels was as shown on schedule exhibit A attached to the decision in this case.   The collector was directed to reliquidate accordingly.

**No. 48844.**—Protest 44888–K of Ingram & Co. (Los Angeles).

Opinion by KEEFE, J.   Several witnesses were called on behalf of the plaintiff and the collector's files were admitted in evidence.   On the record presented it was held that the importer failed to sustain its claim for an allowance in weight.